*impleaded, etc.* No opinion. Judgment affirmed, with costs.

MALONEY, Appellant, v. SHEFFIELD FARMS–SLAWSON–BECKER CO., Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Mary Maloney, as *administratrix*, against the Sheffield Farms–Slawson–Becker Company. A. F. Clark, for appellant. G. W. Alger, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MALCOM, Respondent, v. WHITEN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by George I. Malcom, committee, etc., against Frederick H. Whiten and others. E. M. Davis, for appellants. N. S. Spencer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

(120 App. Div. 882)

MANNERS, Appellant, v. FRIEDMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Mary E. Manners against Samuel Friedman and another. L. M. Berkeley, for appellant. G. W. Files, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on Schomacker v. Michaels, 189 N. Y. 61, 81 N. E. 555. Order filed.

MANNESCHMIDT, Respondent, v. LEIZERKOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Jacob Manneschmidt, Jr., against Philip Leizerkowitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

MANNING, Appellant, v. ROTHSTEIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Julius Manning against A. Jacob Rothstein. No opinion. Judgment affirmed, with costs.

MANUEL et al., Appellants, v. NATHAN, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Emanuel Manuel and another against George W. Nathan. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

MARANO, Respondent, v. SAVARESE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Antonio Marano against Vincenzo Savarese and others. No opinion. Judgment and order affirmed, with costs.

MARKELL, Respondent, v. MORSECHAIN CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by George R. Markell, Jr., against the Morse Chain Company. No opinion. Motion denied.

MARTIN, Appellant, v. LEAK FUR MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by William Martin against the Leak Fur Manufacturing Company. No opinion. Judgment unanimously affirmed, with costs.

In re MARTLING. (Supreme Court, Appellate Division, First Department. May 24, 1907.) In the matter of Stephen V. R. Martling. L. Wendel, Jr., for appellant. J. V. V. Olcott, for appellee. No opinion. Decree affirmed, with costs. Order filed.

MASON, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by John A. Mason against Anna M. Mason. A. D. Pape, for appellant. J. D. Goodhart, for respondent. No opinion. Order modified, as directed in order entered, and, as modified, affirmed, without costs. Order filed.

MAYER, Respondent, v. DAVIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Florence E. Mayer against Marian Davis and others. No opinion. Motion to resettle order granted, and order signed.

MEDINA GAS, ETC., CO. v. BUFFALO LOAN & TRUST, ETC., CO. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Medina Gas, etc., Company against the Buffalo Loan & Trust, etc., Company. No opinion. Motion denied, with $10 costs. Order.

MERCHANTS' NAT. BANK OF QUAKERSTOWN, PA., Respondent, v. POUGHKEEPSIE ENGINE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by the Merchants' National Bank of Quakerstown, Pa., against the Poughkeepsie Engine Company and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to open default granted, upon payment of $10 costs, the judgment to remain as security, without stay to enforcement and collection thereof, unless the defendants give security for the payment of any judgment recovered against the defendants in such amount as the Special Term may prescribe, and also upon condition that the defendants stipulate to go to trial at the term of the Supreme Court now being held in Cayuga county, at the option of the plaintiff, on three days' notice.

MERSEREAU, Respondent, v. L. K. HIRSCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by William B. Mersereau against the L. K. Hirsch Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See 103 N. Y. Supp. 577.

KRUSE, J., not sitting.

MERSEREAU, Respondent, v. L. K. HIRSCH CO., Appellant. (Supreme Court,

Appellate Division, Fourth Department. May 28, 1907.) Action by William B. Mersereau against L. K. Hirsch Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

METCALF, Respondent, v. DIAMOND RUBBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by J. Henry Metcalf against the Diamond Rubber Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

METTLER et al., Respondents, v. WUNDERLICH, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Julia Mettler and another against Frederick W. Wunderlich. No opinion. Judgment affirmed, with costs.

METTLER et al., Respondents, v. WUNDERLICH, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Julia Mettler and another against Frederick W. Wunderlich. No opinion. Motion for reargument denied, with costs.

MICHIGAN BUGGY CO., Respondent, v. CAMDEN WAGON & SLEIGH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by the Michigan Buggy Company against the Camden Wagon & Sleigh Company.

PER CURIAM. Order affirmed, with costs. Held that, while the evidence specified in the order was competent, the order should be affirmed for other errors in the reception of evidence.

SPRING and KRUSE, JJ., dissent.

MIDDLEWORTH, Respondent, v. ORDWAY, Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Sarah Middleworth against Mary M. Ordway. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant, on payment of costs of this appeal, and in the judgment appealed from to withdraw demurrer and answer. See 102 N. Y. Supp. 1143.

MILLANG, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Charles Millang against Solon L. Frank. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re MILLER (two cases). (Supreme Court, Appellate Division, First Department. May 24, 1907.) In the matter of Pierre V. C. Miller. E. L. Blackman, for appellant. G. W. Harper, for appellee. No opinion. Orders affirmed with $10 costs and disbursements. Orders filed.

In re MILLER. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) In the matter of the application of Pierre V. C. Miller to set aside certain subpoenas served upon him in the suit of G. Himminghoffen v. Rosario Mining & Milling Company, an action pending in the district court of Tarrant county, Tex. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER v. HOOD et al. (two cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Abraham P. Miller against John G. Hood, impleaded. No opinion. Motions granted, with $10 costs in each case. Orders filed.

MILLER, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Carson Miller, as administrator, against the Union Railway Company. E. D. O'Brien, for appellant. L. E. Warren, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and HOUGHTON, JJ., dissent.

MINCH, Respondent, v. MAIL & EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Margaret Minch against the Mail & Express Company. C. R. Rose, for appellant. J. G. Pheil, for respondent.

PER CURIAM. Judgment affirmed with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

SCOTT and LAMBERT, JJ., dissent.

MINCH v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Mary Minch against the Mail & Express Company. No opinion. Motion granted, and question certified. Order filed.

MISKEND, Respondent, v. HYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Simon H. Miskend against Daniel W. Hyman. No opinion. Motion to dismiss appeal granted, with costs.

MISKEND, Respondent, v. HYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Simon H. Miskend against Ellis Hyman. No opinion. Motion to dismiss appeal granted, with costs.

MITTNACHT, Respondent, v. MITTNACHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Henrietta A. Mittnacht against Jacob A. Mittnacht, as substituted trustee, etc., and others. No opinion. Judgment affirmed, with costs.